# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darrin M. Sanders,

    Petitioner,

vs.

Joel Herron, etc. et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

3:09-cv-479-MU

DECISION BY COURT. This action having come before the Court by Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2009 Order.

Signed: November 12, 2009

Frank G. Johns, Clerk
United States District Court